United States District Court
Southern District of Texas
**ENTERED**
June 13, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LISA YVETTE COFFMAN, | § | |
|     Movant, | § | |
| | § | Civ. No. 4:22-CV-849 |
| v. | § | |
| | § | Crim. No. 4:16-CR-460 |
| UNITED STATES OF AMERICA, | § | |
|     Respondent. | § | |

## ORDER

It is hereby ORDERED that the motion for a 30-day extension is GRANTED. It is hereby ORDERED that the United States file its answer, response, or any dispositive motion on or before July 11, 2022.

SIGNED this 13th day of June 2022.

_____
Sam Sheldon
United States Magistrate Judge

9